JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHAUNCEY HOLLIS,

                      Petitioner,

          v.

RAYMOND MADDEN, Warden,

                      Respondent.

) Case No. 2:21-cv-06272-JC
)
) JUDGMENT
)
)
)
)
)
)
)
)

Pursuant to this Court's Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (including the Addendum thereto) is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: June 5, 2023

_____
                     /s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE